UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

ROY MAURER

CRIMINAL ACTION

NO. 08-112-JJB-CN

**RULING**

The court has carefully considered defendant's motion to vacate (Doc. 45), the government's opposition thereto, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland, dated January 26, 2012 (Doc. 63). The petitioner has filed an objection to the Report (Doc. 65) which essentially makes the same arguments and lacks merit.[1]

The court hereby APPROVES the Report and Recommendation of the magistrate judge (Doc. 63) and adopts it as the court's opinion herein. Accordingly, the Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. 45) filed by petitioner, Roy Maurer, is DENIED.

Additionally, the motion to take judicial notice of certain cases (Doc. 44) is DENIED as unnecessary.

Maurer's objection (Doc. 58) to the magistrate judge's order denying leave to file an oversized brief (Order, Doc. 56) is DENIED because it was not clearly erroneous and

---

[1] While the magistrate judge's report (Doc. 63) failed to consider Maurer's arguments regarding improper use of immunized statements and the applicability of the "sentencing entrapment" defense, (see Doc. 55-1, pp. 61-65), defendant's abandoned those claims and waived any objection to them by failing to raise any potential error in his objection to the Report. (See Maurer's Objection to Report, Doc. 65 (failing to discuss use immunity violation or sentencing entrapment defense)). Moreover, those contentions were not properly before the magistrate judge because Maurer included those arguments only in his unauthorized memorandum in support. (See Order, Doc. 56 (denying Maurer leave to file memo [Doc. 55] in excess of page limit without adequate justification)).

because no prejudice resulted.

Maurer's motion to expand the record under Rule 7 Governing Sec. 2255 Cases (Doc. 59) is DENIED as moot.

Maurer's objection (Doc. 66) to the magistrate judge's order (Order, Doc. 64) denying leave to file a reply brief or to extend the deadline for amending the motion to vacate is DENIED because it was not clearly erroneous and because no prejudice resulted.

Maurer's motions to leave to amend his motion to vacate (Docs. 67, 68) are DENIED as futile. The proposed amended motion to vacate simply recites the same arguments as his original petition, which has been denied herein. (*Compare* Amended Sec. 2255 Motion, Doc. 68, pp. 9-55, *with* Original Sec. 2255 Motion, Doc. 45).

Maurer's motion for leave to file a Rule 35(B) motion (Doc. 41), however, has not received a response from the government despite two separate orders directing a response. (*See* Order, Doc. 47, *vacated by* Order, Doc. 52 (ordering government response within 45 days of defendant's filing of supplement memorandum in support of his Sec. 2255 Motion to Vacate); *see also* Letter, Doc. 62 (Maurer correspondence pointing out the government's deficiency)). Therefore, the government is hereby ORDERED to file within 15 days a response to Maurer's Rule 35(B) motion (Doc. 41) or a show cause hearing will be held to determine an appropriate sanction for non-compliance.

Baton Rouge, Louisiana, April 3, 2012.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA